JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ARVIG, individually and on behalf of other members of the class similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SCHWAN FOOD COMPANY, SCHWAN'S HOME SERVICE, INC.,<br><br>Defendant. | Case No: 2:07-cv-00773-FMC-JTLx<br>Hon. Florence-Marie Cooper<br><br>**JUDGMENT**<br><br>Complaint Filed: February 1, 2007 |

**IT IS ORDERED** that judgment is hereby rendered in favor of Defendants The Schwan Food Company and Schwan's Home Service, Inc. and against Plaintiff Christopher Arvig, individually and on behalf of other members of the class similarly situated. Incorporated by reference herein is the Court's Order granting Defendants' Motion for Summary Judgment, dated August 20, 2008.

/ / /

/ / /

1 **IT IS FURTHER ORDERED** that Defendants shall recover costs of suit
2 from Plaintiff Christopher Arvig.

4 Date: September 4, 2008

_____
Hon. Florence-Marie Cooper
United States District Judge

(PROPOSED) JUDGMENT                                   CASE NO. CV 07-00773 FMC (JTLx)